UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

DEBORA TINNER-SMITH, Plaintiff,

v. Civil Action No. 3:21-cv-160-DJH-RSE

EXPERIAN INFORMATION SOLUTIONS, INC. et al., Defendants.

\* \* \* \* \*

## ORDER

Plaintiff Debora Tinner-Smith and Defendant Experian Information Solutions, Inc. having filed a stipulation of dismissal with prejudice as to Tinner-Smith's claims against Experian (Docket No. 33), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)   Tinner-Smith's claims against Experian are **DISMISSED** with prejudice.

(2)   All claims having been resolved (*see* D.N. 29; D.N. 21; D.N. 16), this matter is **DISMISSED** with prejudice and **STRICKEN** from the Court's docket.

August 23, 2021

David J. Hale, Judge
United States District Court